1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

**FILED**

MAR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# SEALED

6  Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

$1,931,118.00 OWNERSHIP INTEREST IN THE $2,437,500.00 PROMISSORY NOTE SECURED BY REAL PROPERTY LOCATED ON PLACER CORPORATE DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-270-070, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,,

Defendant.

2:12-SW-0121 EFB

ORDER ON UNITED STATES' REQUEST FOR CONDITIONS ON ASSET SUBJECT TO SEIZURE

A seizure warrant was issued on March 15, 2012 directing the seizure OF a $1,931,118.00 ownership interest in the $2,437,500.00 promissory note secured by real property located on Placer Corporate Drive, Rocklin, California, Placer County, APN: 017-270-070, including all appurtenances and improvements thereto: Cire Partners, LLC is the maker of the promissory note specified in this seizure order; Volen Properties 5, LLC owns the promissory note. Upon application of the United States of America and pursuant to the seizure warrant and the Court's authority under Title 28, United States Code, Section 1355, IT IS HEREBY

1        ORDERED, that **Volen Properties 5, LLC and Cire Partners, LLC** shall not
2   transfer, negotiate, convey or dispose of the promissory note specified in this seizure order
3   without further order of this Court, that **Volen Properties 5, LLC and Cire Partners,**
4   **LLC** shall not grant, convert, or otherwise modify the promissory note specified in this
5   seizure order without further order of this Court, nor shall **Volen Properties 5, LLC or**
6   **Cire Partners, LLC** honor any demands by anyone or any entity to leverage or borrow
7   against the equity interest specified in this seizure order without further order of this
8   Court. It is further

9

10       ORDERED, that **Volen Properties 5, LLC and Cire Partners, LLC** shall remit
11  all disbursement or remuneration including but not limited to, interest or accounting
12  payments, affiliated with the promissory note specified in this seizure order payable to
13  the U.S. Department of Treasury and sent to the Internal Revenue Service – Criminal
14  Investigations, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason
15  Lamb, AFC. It is further

16

17       ORDERED, that **Volen Properties 5, LLC and Cire Partners, LLC** shall send
18  copies of all future correspondence pertaining to the promissory note specified in this
19  seizure order including but not limited to, statements and accounting notices, to the
20  Internal Revenue Service – Criminal Investigations, 4330 Watt Avenue, Suite 205,
21  Sacramento, California 95821, Attn: Jason Lamb, AFC. It is further

22

23       ORDERED, that **Volen Properties 5, LLC and Cire Partners, LLC** shall
24  comply with each and every term of this Court order, however, subject to the Court
25  modifying its own order for good cause shown.

26

27  Date: 3-15, 2012

                                                    EDMUND F. BRENNAN
28                                                  United States Magistrate Judge